UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

v.   Case No. 2:19-cr-42

Tina T. Thomas,   Judge Michael H. Watson

Defendant.

## ORDER

Tina T. Thomas ("Defendant") pleaded guilty before Magistrate Judge King to aiding and assisting in the preparation and filing of materially false income tax returns, in violation of 26 U.S.C. § 7206(2). Magistrate Judge King thereafter issued a Report and Recommendation ("R&R") recommending the Court accept Defendant's guilty plea (decision on acceptance of the plea agreement was deferred for consideration by the Undersigned upon completion of a presentence investigation report). R&R, ECF No. 9. The R&R details why Magistrate Judge King believed Defendant's guilty plea was knowingly and voluntarily made. *See generally, id.* Further, the R&R notified the parties of their right to object to the same within fourteen days and of the consequences of the failure to object. *Id.* at 3. More than fourteen days have passed, and no objections were filed. For that reason, as well as the reasons stated in the R&R, the Court **ADOPTS** the same and **ACCEPTS** Defendant's guilty plea.

IT IS SO ORDERED.

/s/ Michael H. Watson
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**